| Crispus Attucks Association | | | **Direct Deposit Earnings Statement** | | |
|---|---|---|---|---|---|
| 605 S Duke St | | | DD0036164 | | |
| | | | Pay Date | Start Period | End Period |
| York PA 17401-3111 | | | 8/21/2020 | 8/3/2020 | 8/14/2020 |

| Earnings | | | | Taxes | | |
|---|---|---|---|---|---|---|
| Code | Rate | Hours | Amount | Code | Amount | Year To Date |
| SWP | $7.25 | 21.00 | $152.25 | FICA | | |
| | | | | Med | $2.20 | $56.87 |
| | | | | SS | $9.44 | $243.18 |
| | | | | Federal | | |
| | | | | State | | |
| | | | | PA | $4.67 | $120.40 |
| | | | | Local | | |
| | | | | LOCAL | $1.90 | $49.06 |
| Totals | | 21.00 | $152.25 | Total | $18.21 | |

| Payroll Deductions | | | Payroll Benefits | | |
|---|---|---|---|---|---|
| Code | Amount | Year To Date | Code | Amount | Year To Date |
| | | | Total | | |

| Wage Amounts | | |
|---|---|---|
| Net wages/period | | $134.04 |
| Net wages YTD | | $3,452.74 |
| Gross wages YTD | | $3,922.25 |

| Direct Deposit Information | | | Miscellaneous | |
|---|---|---|---|---|
| Date | Account # | Amount | Employee ID | FERNANDEZMIGU |
| | | $134.04 | Employee SSN | XXX-XX-7823 |
| | | | PTO Available | 0.00 |
| | | | Sick Time Available | 0.00 |

MIGUEL FERNANDEZ
818 PENNSYLVANIA AVENUE

YORK PA 17404