UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: LINDA RAE FERNANDEZ<br>MIGUEL FERNANDEZ<br><br>Debtor(s)<br><br>CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant<br><br>vs.<br><br>LINDA RAE FERNANDEZ<br>MIGUEL FERNANDEZ<br><br>Respondent(s) | CHAPTER 13<br><br><br><br><br><br><br><br>CASE NO: 1-20-02689-HWV |

**TRUSTEE'S MOTION TO DISMISS CASE
FOR FAILURE TO OBTAIN CREDIT COUNSELING**

AND NOW, on September 25, 2020, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1) A Petition under Chapter 13 was filed on September 9, 2020.

2) The Debtor(s) did not comply with the credit counseling requirements of 11 U.S.C. Sections 109(h) and 521(b) and therefore do not qualify as a debtor under the Bankruptcy Code.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

Respectfully Submitted,

s/ Charles J. DeHart, III
Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
Email: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  LINDA RAE FERNANDEZ              CHAPTER 13
        MIGUEL FERNANDEZ
                                          CASE NO: 1-20-02689-HWV

            Debtor(s)

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss.   The Debtor(s) did not comply with the credit counseling requirements of 11U.S.C.  Sections 109(h) and 521(b) and therefore do not qualify as a debtor under the Bankruptcy Code.

If you wish to contest this matter, you must file an objection with the Bankruptcy Clerk on or before **October 1**6, 2020 and serve a copy on the movant and counsel.  Any filing must conform to the Rules of Bankruptcy Procedure.

If no objections are filed, an order may be entered dismissing the case.

                                          Charles J. DeHart, III, Trustee
                                          8125 Adams Drive, Suite A
                                          Hummelstown, PA  17036
                                          Phone:  (717) 566-6097

Dated:  September 25, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LINDA RAE FERNANDEZ
MIGUEL FERNANDEZ

Debtor(s)

CHAPTER 13

CASE NO: 1-20-02689-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 25, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

CHAD J JULIUS ESQUIRE      Served electronically
LAW OFFICES OF LESLIE D JACOBS
8150 DERRY STREET
HARRISBURG, PA  17111-5212

United States Trustee      Served electronically
228 Walnut Street
Suite 1190
Harrisburg, PA  17101

LINDA RAE FERNANDEZ      Served by 1ST class mail
MIGUEL FERNANDEZ
818 PENNSYLVANIA AVENUE
YORK, PA  17404

I certify under penalty of perjury that the foregoing is true and correct.

Date:  September 25, 2020     Vickie Williams
    for Charles J. DeHart, III, Trustee
    Suite A, 8125 Adams Dr.
    Hummelstown, PA  17036
    Phone:  (717) 566-6097
    eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LINDA RAE FERNANDEZ
MIGUEL FERNANDEZ

Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-20-02689-HWV

vs.

LINDA RAE FERNANDEZ
MIGUEL FERNANDEZ

MOTION TO DISMISS

Respondent(s)

**ORDER DISMISSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.

Case 1:20-bk-02689-HWV    Doc 15    Filed 09/25/20    Entered 09/25/20 06:50:29    Desc
Main Document      Page 4 of 4