IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYNVANIA

| IN RE: | : | CHAPTER 13 |
|---|---|---|
| LINDA RAE FERNANDEZ | : | 1:20-bk-02689 |
|    Debtor 1 | : | |
| MIGUEL FERNANDEZ | : | |
|    Debtor 2 | : | |

## CERTIFICATE OF SERVICE

    I, Chad J. Julius, with the firm of Jacobson, Julius & Harshberger, hereby certify that on June 9, 2021, a true and correct copy of the ORDER CONFIRMING AMENDED CHAPTER 13 PLAN, pursuant to L.B.R 2002-1(e), was served by electronic means and/or first-class mail, postage prepaid on the following:

SEE ATTACHED MATRIX

Respectfully Submitted,

JACOBSON, JULIUS & HARSHBERGER

By: /s/ Chad J. Julius
Chad J. Julius

Date: June 9, 2021

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:20-bk-02689-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Wed Jun  9 16:20:03 EDT 2021 | CGA Law Firm<br>135 North George Street<br>York, PA 17401-1132 | Deutsche Bank National Trust Company, et al<br>Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 |
| Linda Rae Fernandez<br>818 Pennsylvania Avenue<br>York, PA 17404-3142 | Miguel Fernandez<br>818 Pennsylvania Avenue<br>York, PA 17404-3142 | Chad J. Julius<br>Jacobson & Julius<br>8150 Derry Street, Suite A<br>Harrisburg, PA 17111-5212 |
| LVNV Funding, LLC c/o Resurgent Capital Serv<br>PO Box 10587<br>Greenville, SC 29603-0587 | Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | OSS<br>1861 Powder Miller Road<br>York, PA 17402-4723 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Santander Consumer USA<br>Attn: Bankruptcy<br>10-64-38-Fd7   601 Penn St<br>Reading, PA 19601-3544 | Select Portfolio Servicing, Inc<br>Attn: Bankruptcy<br>Po Box 65250<br>Salt Lake City, UT 84165-0250 |
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Yk Cr Bureau<br>33 S Duke St<br>York, PA 17401-1401 | York County Tax Claim Bureau Admin<br>28 East Market Street<br>York, PA 17401-1577 |
| (p)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Deutsche Bank National Trust Company, as T

End of Label Matrix
Mailable recipients    15
Bypassed recipients     1
Total                  16

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Linda Rae Fernandez, | Chapter 13 |
| **Debtor 1** | |
| Miguel Fernandez, | Case No. 1:20-bk-02689-HWV |
| **Debtor 2** | |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on April 26, 2021. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: June 9, 2021

By the Court,

*Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ChristopherGambini, Deputy Clerk

orcnfpln(05/18)