IN RE:    LINDA RAE FERNANDEZ
          MIGUEL FERNANDEZ                          CHAPTER 13

          Debtor(s)

          JACK N. ZAHAROPOULOS
          CHAPTER 13 TRUSTEE
              Movant                                CASE NO:   1-20-02689-HWV

          LINDA RAE FERNANDEZ
          MIGUEL FERNANDEZ

          Respondent(s)

## CERTIFICATION OF DEFAULT

          AND NOW on January 17, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

          - make the regular monthly payments to the trustee during the remaining term of the plan.

          As of January 17, 2023, the Debtor(s) is/are $3,400.00 in arrears with a plan payment having last been made on May 31, 2022

          In accordance with said stipulation, the case may be dismissed

                                        Respectfully Submitted,

                                        /s/ Douglas R. Roeder, Esquire
                                        ID: 80016
                                        Attorney for Movant
                                        Jack N. Zaharopoulos
Dated: January 17, 2023                 Standing Chapter 13 Trustee
                                        8125 Adams Drive, Suite A
                                        Hummelstown, PA 17036
                                        Phone: (717) 566-6097
                                        email: droeder@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   LINDA RAE FERNANDEZ
         MIGUEL FERNANDEZ               CHAPTER 13

         Debtor(s)

         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE
          Movant                 CASE NO:   1-20-02689-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 17, 2023, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

CHAD J JULIUS ESQUIRE            SERVED ELECTRONICALLY
LAW OFFICES OF LESLIE D JACOBS
8150 DERRY STREET
HARRISBURG, PA  17111-5212


LINDA RAE FERNANDEZ           SERVED BY 1ST CLASS MAIL
MIGUEL FERNANDEZ
818 PENNSYLVANIA AVENUE
YORK, PA  17404


United States Trustee
228 Walnut Street                SERVED ELECTRONICALLY
Suite 1190
Harrisburg, PA  17101

I certify under penalty of perjury that the foregoing is true and correct.


Dated:  January 17, 2023          /s/ Matt Arcuri
                             Office of the Standing Chapter 13 Trustee
                             Jack N. Zaharopoulos
                             Suite A, 8125 Adams Dr.
                             Hummelstown, PA 17036
                             Phone: (717) 566-6097
                             eMail: info@pamd13trustee.com