United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 20-02689-HWV
Linda Rae Fernandez  Chapter 13
Miguel Fernandez
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Jan 17, 2023     Form ID: pdf010     Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Linda Rae Fernandez, Miguel Fernandez, 818 Pennsylvania Avenue, York, PA 17404-3142 |
| 5357992 | + | CGA Law Firm, 135 North George Street, York, PA 17401-1132 |
| 5357993 | + | OSS, 1861 Powder Miller Road, York, PA 17402-4723 |
| 5357996 | + | Yk Cr Bureau, 33 S Duke St, York, PA 17401-1401 |
| 5357997 | | York County Tax Claim Bureau Admin, 28 East Market Street, York, PA 17401-1577 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5361465 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 17 2023 19:19:00 | Deutsche Bank National Trust Company, et al, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5360537 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2023 19:31:11 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5357994 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 17 2023 19:19:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 5357995 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 17 2023 19:19:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2004-HE7, Mortgage Pass-Through Certificates, Series 2004-HE7 bnicholas@kmllawgroup.com |
| Chad J. Julius | on behalf of Debtor 2 Miguel Fernandez cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Chad J. Julius | on behalf of Debtor 1 Linda Rae Fernandez cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Linda Rae Fernandez

|                          | Chapter:  | 13              |
|--------------------------|-----------|-----------------|
| Debtor 1                 | Case No.: | 1:20-bk-02689-HWV |

Miguel Fernandez

Debtor 2

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
   vs.        Movant(s)

LINDA RAE FERNANDEZ
MIGUEL FERNANDEZ
               Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default, Doc. 42, as well as the Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Doc. 38, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 17, 2023